Núm. 6320.—PUEBLO, apldo. *v.* PACHECO, aplte.—C. D. Bayamón. Julio 30, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la única asistencia del Fiscal y atendidas todas las circunstancias del caso y especialmente la naturaleza de las cuestiones indicadas por el *affidavit* de méritos radicado en 15 de marzo de 1937, se declara con lugar la dicha moción y se desestima como frívola la presente apelación.

El Juez Asociado Sr. Córdova Dávila no intervino.